THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID STEVENSON BREWING COMPANY, Appellant, *v.* PATRICK W. CULLINAN, State Commissioner of Excise, Respondent.

*People ex rel. Stevenson Co.* v. *Lyman,* 67 App. Div. 446, affirmed.
(Argued January 5, 1903; decided January 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 10, 1902, which affirmed an order of Special Term dismissing an alternative writ of mandamus to compel the defendant to pay a rebate alleged to be due upon a surrendered liquor tax certificate issued to John Michels and by him assigned to relator.

*William G. McCrea* for appellant.

*S. B. Mead* and *Nevada N. Stranahan* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.